IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Roosevelt McDaniel,            :
         Petitioner    :
                        :  No. 797 C.D. 2016
      v.                :
                        :
Workers' Compensation Appeal  :
Board (Maramont Corporation),  :
         Respondent    :

## ***ORDER***

AND NOW, this 16th day of March, 2017, it is ORDERED that the above-captioned opinion filed December 20, 2016, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.

_____
PATRICIA A. McCULLOUGH, Judge